**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE:

LETTER ROGATORY DATED
MARCH 6, 2025, ISSUED BY JUDGE
ARIEL FOGNINI, OF THE NATIONAL
COURT OF FIRST INSTANCE IN CIVIL
MATTERS OF THE CITY OF BUENO
AIRES, ARGENTINA, TO OBTAIN
EVIDENCE IN THIS DISTRICT
-----------------------------------------------------------X

25-CV-04110 (RA) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Applicant is directed to serve the Section 1782 application, along with this order, on Israel Discount Bank ("IDB") and submit proof of service on the docket by **August 1, 2025**. Applicant is also directed to inform the Court by letter, filed no later than August 1, 2025, whether she has been in contact with IDB about the Letter Rogatory and whether she has any reason to believe that IDB may oppose the request. If IDB, upon receiving the application, wishes to raise an objection to the application, IDB should do so by **September 2, 2025.**

SO ORDERED.

DATED:   New York, New York
         July 25, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge