UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:                                                                    :
                                                        :   **Civil Action No.: 25-cv-4110**

LETTER ROGATORY dated                                  :
March 6, 2025, issued by                                       :
JUDGE ARIEL FOGNINI, of the National      :
Court of First Instance in Civil Matters             :
of the City of Buenos Aires, Argentina,           :
to Obtain Evidence in this District.                    :
                                                        :
-------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING APPLICATION UNDER 28 U.S.C. § 1782 TO OBTAIN EVIDENCE IN RESPONSE TO LETTER ROGATORY OF FOREIGN TRIBUNAL

WHEREAS the Verified Petition in this matter consists of an application under 28 U.S.C. § 1782 to obtain evidence in response to a letter rogatory issued by a foreign tribunal which is annexed as Attachment 1 to the May 13, 2025, supporting Affirmation of Silvia Bolatti, Esq. ("Bolatti Aff."), and

WHEREAS the Letter Rogatory was issued on March 6, 2025, by Judge Ariel Ignacio Fognini (the "Letter Rogatory"), National Judge in charge of the National Court of First Instance in Civil Matters Number 103, in the City of Buenos Aires, Argentina (the "Argentine Court") in connection with a contested Probate proceeding pending in that Court (the "Underlying Argentine Action"); and

WHEREAS the Letter Rogatory seeks evidence from Israel Discount Bank, 1114 Avenue of The Americas, New York, NY 10036 and its branches, subsidiaries or affiliates (hereinafter collectively "IDB"), for use in the Underlying Argentine Action; and

WHEREAS on or about March 6, 2025 Judge Ariel Ignacio Fognini issued an order and request for judicial assistance to a court of competent jurisdiction in New York, seeking to obtain evidence in this district from IDB, regarding (i) whether decedent Ana Benevet, ID No.

███████, is the owner and/or co-owner or beneficiary and/or co-beneficiary, current or historical (past), of accounts funds, deposits, stock exchange investments, trusts and/or any other financial product at IDB, (ii) the date the accounts were opened and/or products or contracts, and where applicable, the date each was closed, including historical movements or transactions carried out in the accounts, the balances as of the present date and/or as of the date of the closure of the accounts, and the allocation or distribution of funds; (iii) explaining the type of ownership, and if applicable, the percentage of ownership corresponding to the account and/or the product; and (iv) the information shall include the period from the opening and/or contract or purchase of each product, to the date of the request;

  WHEREAS the Letter Rogatory authorizes the applicant Silvia Bolatti, Esq., and, or Guzov LLC, to conduct all procedural acts necessary for the execution of the Letter Rogatory and the applicant has commenced this action pursuant to that authority; and

  WHEREAS the Verified Petition seeks appointment of the Silvia Bolatti, Esq., and, or Guzov LLC, and as the persons authorized under 28 U.S.C. § 1782 to administer any necessary oath and to take the evidence requested in the Letter Rogatory, and

  WHEREAS the Verified Petition complies with 28 U.S.C. § 1782,

  IT IS HEREBY ORDERED that:

  1. The applicant, Silvia L. Bolatti, Esq., Guzov LLC, are hereby appointed under 28 U.S.C. § 1782 to administer any necessary oath and to take the evidence requested in the Letter Rogatory from Israel Discount Bank in accordance with the Federal Rules of Civil Procedure.

  2. This Court shall retain jurisdiction over this matter to resolve any objections or other matters concerning production of the evidence requested in the Letter Rogatory.

3. The applicant is directed to (i) transmit any evidence obtained in response to the Letter Rogatory to Judge Ariel Ignacio Fognini with a copy of this Order; and (ii) to file a status report with this Court describing the results of applicant's efforts to obtain the evidence requested in the Letter Rogatory.

Dated:   New York, New York
          ~~May____, 2025~~August 5, 2025

                                              _____
                                              Hon. Ronnie Abrams